MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Facsimile: (415) 436-7234
   E-Mail: Cynthia.Frey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11–0439 SI |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING |
| v. | Current Hearing Date: September 21, 2012<br>Time: 11:00 a.m. |
| ALEXANDER CORNEJO, | |
| Defendant. | Proposed Hearing Date: November 30, 2012<br>Time: 11:00 a.m. |

The above-captioned case is currently scheduled for sentencing on September 21, 2012 at 11:00 a.m. Due to scheduling conflicts of the parties, as well as the fact that the parties need more time pursuant to the plea agreement, the parties request a continuance of the scheduled hearing to November 30, 2012 at 11:00 a.m. Counsel for the defendant and the Probation Officer have agreed to the proposed continuance.

This request is made pursuant to Criminal Local Rule 32-2. Good cause exists for the continuance of the hearing. Crim. L.R. 32-2(a) - (a)(1). Moreover, counsel for both parties and the probation officer have conferred and confirmed their availability on November 30, 2012 at 11:00 a.m. Additionally, the Courtroom Deputy Clerk confirmed the Court's availability for

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING
CR 11-0439 SI

November 30, 2012. Crim. L. R. 32-2(a)(2)-(3). A proposed order is attached hereto. Crim. L.R. 32-2(a)(4).

SO STIPULATED:

        MELINDA HAAG
        United States Attorney

DATED: September 17, 2012       /S/
        CYNTHIA M. FREY
        Assistant United States Attorney

DATED: September 17, 2012       /S/
        PAUL DEMEESTER
        Attorney for ALEXANDER CORNEJO

    For good cause shown and in accordance with Criminal Local Rule 32-2(a), the sentencing on this matter, now scheduled for September 21, 2012 at 11:00 a.m., is vacated. The hearing shall be continued to November 30, 2012, at 11:00 a.m.

IT IS SO ORDERED.

9/18/12
DATED         HON. SUSAN ILLSTON
        United States District Court Judge